# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

SHELDON LARRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2388

_____

March 11, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.